Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *American Push Broom & Brush Co.* v. *United States* (25 C. C. P. A. 248, T. D. 49391) textile grasses or fibrous substances were held entitled to free entry under paragraph 1684 as claimed.

**No. 44158.**—Protest 979257–G of Serenita de Koch (Nogales).

Opinion by KEEFE, J. From an examination of the record nothing was found sufficient to overcome the presumption of correctness of the action of the collector. The protest was therefore overruled.

**No. 44159.**—Protest 25855–K of Roosevelt & Schuyler, Inc. (New York).

Opinion by KEEFE, J. From an examination of the record nothing was found sufficient to overcome the presumption of correctness of the action of the collector. The protest was therefore overruled.

JULY 29, 1940

**No. 44160.**—Suit 4283. ▮▮▮▮—*Strohmeyer & Arpe Co.* v. *United States* ▮▮▮▮ modified. C. A. D. 121.

JULY 30, 1940

**No. 44161.**—Suit 4300.—▮▮▮▮—*United States* v. *Japan Import Co., Inc.* Reap. Dec. 4627 affirmed. C. A. D. 127.

BEFORE THE FIRST DIVISION, AUGUST 2, 1940

**No. 44162.**—Protests 773222–G, etc., of Katz Berk Hat Body Corp. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44163.**—Protests 697906–G, etc., of Henry Pollak, Inc. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44164.**—Protests 825796–G, etc., of Ira G. Katz (New York).

Opinion by Brown, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44165.**—Protest 828662–G of Nolan Hat Co., Inc. (New York).

Opinion by Brown, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44166.**—Protests 832913–G (B), etc., of Veron & Co. (New York).

Opinion by Brown, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44167.**—Protest 835066–G of Eurasia Import Co., Inc. (New York).

Opinion by Brown, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44168.**—Protest 895776–G (B) of Veron & Co. (New York).

Opinion by Brown, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44169.**—Protest 916965–G (E) of G. Fantacci (New York).

Opinion by Brown, J. In accordance with stipulation of counsel on and the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44170.**—Protest 918899–G of American Straw Goods Co. (New York).